36190. PHILLIPS, Administratrix *v.* SHEA.

Quillian, J. The judgment of this court (*Phillips* v. *Shea*, 94 *Ga. App.* 796, 96 S. E. 2d 390) reversing the judgment of the trial court which granted the motion for a nonsuit, having been reversed by the Supreme Court (*Shea* v. *Phillips*, 213

*Ga.* 269, 98 S. E. 2d 552), the judgment of reversal by this court is hereby vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Felton, C. J., Gardner, P. J., Townsend, Carlisle, and Nichols, JJ., concur.*

DECIDED MAY 23, 1957.

*Northcutt & Edwards, Edwin R. Johnson, W. S. Northcutt, R. J. Edwards,* for plaintiff in error.

*James A. Branch, Thomas B. Branch, Jr.,* contra.